### BAXTER *v.* RICHARDSON *et al.*

*(Superior Court of New York City, General Term. May 7, 1888.)*

Appeal from jury term.

Action by Robert Baxter against George C. Richardson and others. Judgment for plaintiff, and defendants appeal.

Argued before SEDGWICK, C. J., and O'GORMAN, J.

*James M. Smith,* for appellants. *Edward C. James,* for respondent.

PER CURIAM. Judgment affirmed, with costs.

---

### CULLMAN *et al. v.* COLELL.

*(Superior Court of New York City, General Term. May 7, 1888.)*

Appeal from judgment on report of referee.

Action by Joseph F. Cullman and others against Herman Colell. There was a judgment for plaintiffs, and defendant appeals.

Argued before SEDGWICK, C. J., and FREEDMAN and O'GORMAN, JJ.

*M. L. Towers,* for appellant. *Samuel W. Weiss,* for respondents.

PER CURIAM. All the exceptions taken by the defendant during trial appear to be untenable. To the findings made by the referee, and his refusals to find, the defendant took but a single exception. It was to the conclusion of the referee from the facts found by him. The conclusion was correct. Judgment affirmed, with costs.

---

### HOWE *v.* SEMON *et al.*

*(Superior Court of New York City, General Term. May 7, 1888.)*

Appeal from jury term.

Action by Mary Howe, administratrix, etc., against John G. Semon and others. Plaintiff appeals from an order dismissing the complaint.

Argued before SEDGWICK, C. J., and FREEDMAN and O'GORMAN, JJ.

*James A. Hudson,* for appellant. *Edmund Coffin, Jr.,* for respondents.

PER CURIAM. The judgment should be affirmed, with costs.

---

### HANNIGAN *et al. v.* MORRISSEY *et al.*

*(Superior Court of New York City, General Term. May 7, 1888.)*

Appeal from judgment on report of referee.

Action by Patrick M. Hannigan and others against Honorah Morrissey, impleaded with others. There was a judgment for plaintiffs, and defendant Honorah Morrissey appeals.

Argued before SEDGWICK, C. J., and TRUAX and DUGRO, JJ.

*M. A. Kellogg,* for appellant. *John W. Boothby,* for respondents.

TRUAX, J. Judgment, so far as it relates to the third cause of action, is reversed, and new trial ordered, with costs to appellant to abide event. All concur.

v.3N.Y.S.no.10—60